## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Ronilton MOREIRA DA SILVA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>James LAFORGE, et al.,<br><br>　　　　　　Respondents. | No. 2:25-cv-17095 (EP) |

## ORDER

**THIS MATTER** having come before the Court upon the parties' Joint Stipulation to Extend Deadlines for Filing a Motion for Attorney's Fees and Costs; and the Court having considered the stipulation and for good cause shown;

**IT IS** on this 17th day of February, 2026,

**ORDERED** that the deadline for Petitioner to file a motion for attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, or any other applicable statute, is hereby **EXTENDED** by sixty (60) days; and it is further

**ORDERED** that Petitioner shall file said motion, if necessary, on or before **April 13, 2026**.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Hon. Evelyn Padin, U.S.D.J.**