

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

*Alex Silagi*  *970 Broad Street*  *main: (856) 757-5026*
*Assistant United States Attorney*  *Newark, NJ 07102*  *direct:(973) 353-6001*
*Deputy Chief, Civil Division*  *alex.silagi@usdoj.gov*

February 24, 2026

**By ECF**
Hon. Evelyn Padin, U.S.D.J.
U.S. District Court for the District of New Jersey
MLK Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:   *Moreira Da Silva v. Bondi,* No. 25-17095
            Status Report Regarding Return of Personal Documents

Dear Judge Padin:

      This Office represents Respondents in this matter. Pursuant to the Court's February 17, 2026, Order, ECF No. 21, we write to provide a further status update concerning Petitioner's request for return of his personal documents.

      U.S. Immigration and Customs Enforcement ("ICE") confirmed that it did not locate Petitioner's personal documents in his temporary file or A-File. As such, ICE contacted U.S. Citizenship and Immigration Services ("USCIS") to obtain a replacement Employment Authorization Document ("EAD") card. USCIS confirmed that it can provide a replacement EAD card to Petitioner. This Office has conferred with Petitioner's counsel, who agrees that a replacement card is an appropriate remedy. The parties are still working through the mechanics of obtaining an EAD card with an expiration date matching the one on the card Petitioner previously possessed. Accordingly, the parties are working cooperatively to resolve this issue, and Respondents respectfully request leave to file a further status update by March 6, 2026, regarding the replacement EAD card. Petitioner's counsel further confirmed that the EAD card is the only personal document still at issue at this time.

      We thank the Court for its continued attention to this matter.

                                                          Respectfully submitted,

                                                           TODD BLANCHE
                                                           U.S. Deputy Attorney General

SO ORDERED

   s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 2/27/2026

                                          JORDAN FOX
                                          Chief of Staff &
                                           Associate Deputy Attorney General
                                          Special Attorney

                           By:   *s/ Alex Silagi*
                                        ALEX SILAGI
                                        Assistant United States Attorney
                                        Deputy Chief, Civil Division
                                        *Attorneys for Respondents*

cc:      Counsel of record (via ECF)